[No. 74930-7-I.   Division One.   June 19, 2017.]

*In the Matter of the Marriage of* STEPHANIE F. VANDAL, *Respondent*, and JOSEPH H. VANDAL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-3-05767-2, Helen Halpert, J., entered March 2, 2016. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Leach and Spearman, JJ.

[No. 75104-2-I.   Division One.   June 19, 2017.]

*In the Matter of the Dependency of* Z.F.S.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. MARIE SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-7-01969-4, Chad Allred, J., entered March 21, 2016. *Affirmed* by unpublished opinion per Becker, J., concurred in by Schindler and Mann, JJ.

[No. 75169-7-I.   Division One.   June 19, 2017.]

*In the Matter of the Dependency of* K.S.

THE STATE OF WASHINGTON, *Respondent*, v. MICHELE FRANK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-7-02028-3, John P. Erlick, J., entered April 22, 2016. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Dwyer, JJ.

[No. 75343-6-I.   Division One.   June 19, 2017.]

*In the Matter of the Marriage of* FANAYE ZEWDIE ASHAGARI, *Respondent*, and ZELEKE KASSAHUN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-3-04683-6, Judith H. Ramseyer, J., entered June 7, 2016. *Affirmed* by unpublished opinion per Trickey, A.C.J., concurred in by Cox and Schindler, JJ.